UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT L. WHITE                                    CIVIL ACTION

versus                                             NO.  08-1335

ST. TAMMANY PARISH JAIL, ET AL                     SECTION: E/4

## O R D E R

On March 25, 2008, plaintiff Robert L. White filed a civil rights complaint against defendants, pursuant to 42 USC § 1983 challenging the conditions of his confinement.  On that same day, he filed a motion for summary judgment, r.d. #5.  Although summons was issued, also on March 25, 2008, there is no indication in the record that any defendants have been served, or that the issue is joined.

Accordingly;

**IT IS ORDERED** that plaintiff's motion for summary judgment (r.d. #5) be **DISMISSED without prejudice as premature;** and

**IT IS FURTHER ORDERED** that the referral to Magistrate Judge Roby remains in effect.

New Orleans, Louisiana, this 17th day of April, 2008.

**MARCEL LIVAUDAIS, JR.**
**Senior United States District Judge**