# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT LA TROY WHITE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 08-1335** |
| **ST. TAMMANY PARISH JAIL, ET AL** | **SECTION: "S" (4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Plaintiff Robert La Troy White's claims against Defendant Sergeant Delatte are **DISMISSED WITHOUT PREJUDICE** for failure to comply with Fed. R. Civ. P. 4(m).

New Orleans, Louisiana, this 29th day of September, 2009.

_____
**UNITED STATES DISTRICT JUDGE**