# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT LA TROY WHITE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 08-1335** |
| **ST. TAMMANY PARISH JAIL, ET AL** | **UNITED STATES MAGISTRATE JUDGE KAREN WELLS ROBY** |

## ORDER

The plaintiff in the captioned matter has filed a **MOTION FOR APPOINTMENT OF COUNSEL (doc. #65)**. However, a District Court should only appoint counsel in a civil rights case if the case presents exceptional circumstances. *Norton v. E.U. Dimazana,* 122 F. 3d 286, 293 (5th Cir. 1997).

On December 17, 2009 **(doc #66),** the Court ordered the plaintiff to certify in writing the steps he has taken to secure counsel. Mr. White responded to the request to certify indicating that he contacted several legal aid clinics and private attorneys to no avail.

Having considered the factors suggested in *Ulmer v. Chancellor,* 691 F.2d 209 (5th Cir. 1982), the Court notes that per his allegation in the complaint he seeks a determination that the defendants violated his right of access to the Court because while they ultimately granted him access to cases, he did not have the ability to determine which case to use. However, the Court finds that based on the allegations these facts do not present exceptional circumstances..

**IT IS ORDERED** that the plaintiff's **Motion for Appointment of Counsel (doc. #65)** is **DENIED**.

New Orleans, Louisiana, this 27th day of January 2010

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**